UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18 CR 34 |
| | ) | |
| BRUCE WILLIAMS | ) | |
| | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. (DE # 64.) Defendant is **ADJUDGED** to have committed violations of his supervised release as described in the Petition dated October 26, 2023. (DE # 43.) The Agreed Disposition of Supervised Release Violation (DE # 59) is **ACCEPTED**. Williams is sentenced to a term of incarceration of six (6) months, with no additional term of supervised release to follow.

**SO ORDERED.**

Date: April 4, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT